# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TERRIFIC DEAL, INC., | ) |
| Plaintiff, | ) Case No. 2:24-cv-00315 |
| v. | ) Removed from: |
| | ) Lake County Superior 1 |
| AMAZON.COM, INC. | ) Cause No. 45D01-2409-PL-000563 |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Amazon.com, Inc., by counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and General Order No. 2023-06:

1. Defendant Amazon.com, Inc. is a publicly traded company with no parent company. No publicly held corporation is known to own 10% or more of Amazon.com, Inc.'s stock.

2. Defendant is unaware at this time of any applicable insurer which may be liable in whole or in part for any judgment in this action.

3. The basis for federal jurisdiction is 28 U.S.C. § 1332, because the amount in controversy is over $75,000, Plaintiff is a citizen of Indiana, and Defendant is a citizen of Washington and Delaware.

4. Pursuant to Fed. R. Civ. P. 7-1(a)(2), Defendant is a citizen of Washington and Delaware because it is incorporated in Delaware and its principal place of business is in Washington.

5. There are no additional disclosures required under General Order No. 2023-06 or the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Philip R. Zimmerly*
Philip R. Zimmerly (#30217-06)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000 (phone); (317) 684-5173 (fax)
PZimmerly@boselaw.com

## CERTIFICATE OF SERVICE

I certify that on September 11, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I further certify that I also served all counsel of record via email.

Daniel Zamudio
Zamudio Law Professionals PC
dan@zlawpro.com

*Counsel for Plaintiff*

*/s/ Philip R. Zimmerly*

4840577

2