| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR/ CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN |

| TERRIFIC DEAL INC, | ) | Cause No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON.COM Inc., | ) | |
| Defendant. | ) | |

## VERIFIED COMPLAINT

COMES NOW, Plaintiff, Terrific Deal Inc., for its Complaint against Defendant, Amazon.com, Inc., alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     Plaintiff, Terrific Deal Inc., is a corporation organized and existing under the laws of Indiana, with its principal place of business located at 945 Hub Court, Crown Point, Indiana 46307.

2.     Defendant, Amazon.com, Inc., is a corporation organized and existing under the laws of Washington, with its principal place of business located at 410 Terry Ave N, Seattle, WA 98109-5210. Defendant is also parent to many affiliate companies in Indiana.

3.     Jurisdiction is proper in this court pursuant as Defendant owns real property in Lake County and the contract-related activities impacting this case occurred here.

4.     Venue is proper in this court because Defendant owns real property in this county and the actions giving rise to these claims occurred within this jurisdiction.

### FACTUAL BACKGROUND

5.     Plaintiff and Defendant entered into a contractual agreement in 2012, whereby Plaintiff was permitted to sell products on Defendant's online platform under specified terms,

including adherence to certain branding and bundling policies. **(Ex. A).**

6.      The agreement includes a clause that disputes arising from the contract are to be resolved through arbitration, governed by the rules of the American Arbitration Association.

7.      Over the course of their relationship, practices developed that became customary between the parties, including the listing of bundled items under Plaintiff's "By The Cup" brand, which was accepted and unchallenged by Defendant for over a decade.

8.      On August 28, 2024, Defendant deactivated Plaintiff's seller account, citing alleged policy violations which are disputed by Plaintiff. This action was taken without prior warning or adherence to the agreed dispute resolution procedures.

9.      Due to the deactivation of its seller account, Plaintiff is unable to sell its inventory valued at nearly $3,000,000, leading to significant operational and financial distress, including the imminent layoff of over 70 employees.

10.     The immediate and irreparable harm faced by Plaintiff due to the potential layoffs and the inability to conduct business necessitates urgent judicial intervention.

## COUNT I: BREACH OF CONTRACT

11.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 10 as if fully set forth herein.

12.     Defendant breached the contract by deactivating Plaintiff's seller account without sufficient cause and by failing to follow the agreed-upon dispute resolution procedures.

13.     As a direct and proximate result of Defendant's breach of contract, Plaintiff has suffered and will continue to suffer significant damages.

## COUNT II: REQUEST FOR INJUNCTIVE RELIEF AND TO COMPEL ARBITRATION

14.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 13

as if fully set forth herein.

15.     Plaintiff requests that this Court issue a preliminary injunction to require Defendant to immediately reactivate Plaintiff's Amazon seller account to prevent further economic damage and irreparable harm.

16.     Further, pursuant to the arbitration clause in the agreement, Plaintiff requests that this Court compel arbitration to resolve the underlying dispute.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A.  Judgment against Defendant for breach of contract.

B.  An order compelling arbitration in accordance with the contract and the rules of the American Arbitration Association.

C.  A preliminary injunction to require Defendant to immediately reactivate Plaintiff's Amazon seller account.

D.  For costs of suit incurred herein.

E.  For such other and further relief as the court deems just and proper.

**VERIFICATION OF COMPLAINT**

I, Steve Herr, being duly sworn, hereby verify that I am the General Manager of Terrific Deal Inc., the Plaintiff in the above-captioned matter. I have reviewed the contents of this Verified Complaint and declare under penalty of perjury that the facts set forth in this Complaint are true and correct to the best of my knowledge, information, and belief.

17.     I make this verification to provide specific facts demonstrating that Plaintiff will suffer immediate and irreparable injury, loss, or damage if Defendant's deactivation of Plaintiff's Amazon seller account is not immediately reversed, as set forth below.

## IMMEDIATE AND IRREPARABLE HARM

18.     On August 28, 2024, Defendant, Amazon.com, Inc., deactivated Plaintiff's Amazon seller account without prior warning, preventing Plaintiff from selling approximately $3,000,000 worth of inventory listed on Defendant's platform.

19.     The deactivation of Plaintiff's account has halted all business operations conducted through Amazon, which comprises a significant portion of Plaintiff's revenue stream.

20.     As a result of this deactivation, Plaintiff is facing the imminent <u>layoff of over 70 employees</u>, which will cause significant operational disruption and long-term damage to Plaintiff's business reputation and workforce stability.

21.     Plaintiff's inability to access its account has caused and will continue to cause immediate and severe financial harm, as Plaintiff is unable to fulfill pending customer orders or generate new sales.

22.     The harm Plaintiff is suffering cannot be adequately compensated by monetary damages alone, as the potential loss of business relationships, damage to Plaintiff's reputation, and layoffs of key personnel will have long-lasting effects on Plaintiff's ability to operate.

23.     Due to the immediate and ongoing nature of this harm, Plaintiff has no adequate remedy at law and requires immediate injunctive relief to restore its ability to conduct business on Amazon's platform while the underlying dispute is resolved through arbitration.

## REASONS FOR SEEKING EX PARTE RELIEF

24.     Plaintiff has made reasonable efforts to notify Defendant of this matter by contacting Charles S. Wright, Vice President & Associate General Counsel of Amazon.com, via email and telephone on August 28, 2024. As of the date of this Verified Complaint, no response has been received.

25.    Given the lack of response from Defendant and the immediate and irreparable harm that Plaintiff is suffering, Plaintiff requests that the Court issue a Temporary Restraining Order without notice to Defendant in order to prevent further damage to Plaintiff's business.

**VERIFICATION SIGNATURE:**

I declare under penalty of perjury under the laws of the state of Indiana that the foregoing is true and correct.

Steve Herr
General Manager, Terrific Deal Inc.
Dated:  9/4/2024

Dated: September 4, 2024.

Respectfully submitted,

/s/ Daniel Zamudio
Daniel Zamudio, 26942-45
233 South Colfax
Griffith, Indiana 46319
Phone (219) 924-2300
Fax (219) 924-2401
dan@zlawpro.com