UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TERRIFIC DEAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC., <br><br> Defendant. | CASE NO. 2:24-CV-315-CCB-SJF |

**ORDER**

Before the Court is Plaintiff's Motion to Extend Temporary Restraining Order filed on September 13, 2024. Through this motion, Plaintiff seeks an extension of the temporary restraining order ("TRO") granted by the Lake County Superior Court before this case was removed by Defendant, as the TRO was set to expire the following day. But, mere minutes after Plaintiff filed its motion, this Court entered an order *sua sponte* extending Plaintiff's TRO until September 23, 2024, at 3:02 p.m. Thus, with an extension already in effect, the Court **DENIES as unnecessary** Plaintiff's motion. [DE 8].

The parties are **REMINDED** of the Court's order to file any briefing to address issues arising from Terrific Deal's request to compel arbitration, a preliminary injunction continuing reactivation of Terrific Deal's Amazon Seller Account, and the need for any additional security from Terrific Deal under Fed. R. Civ. P. 65(c) by September 20, 2024. [*See* DE 9 at 3].

**SO ORDERED** this 16th day of September 2024.

                                                  s/ Scott J. Frankel  
                                                  Scott J. Frankel  
                                                  United States Magistrate Judge