**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| TERRIFIC DEAL, INC. )<br>      Plaintiff, )<br>v. )<br>AMAZON.COM, INC. )<br>      Defendant. ) | Case No. 2:24-cv-00315<br><br>Removed from:<br>Lake County Superior 1<br>Cause No. 45D01-2409-PL-000563 |

## JOINT STIPULATION FOR REQUEST FOR DISMISSAL WITHOUT PREJUDICE

1. WHEREAS Plaintiff Terrific Deal, Inc. and Defendant Amazon.com, Inc. (the "Parties") have met and conferred concerning the above-captioned matter;

2. WHEREAS the Parties hereby stipulate to resolution of the matter in arbitration under the terms of the Business Solutions Agreement ("BSA") agreed to by the Parties, which requires resolution of any claim brought under its terms to be conducted by the American Arbitration Association under the Commercial Arbitration Rules; and

3. WHEREAS the Parties are in agreement a dismissal without prejudice, including an immediate termination of the Temporary Restraining Order currently set to expire on September 23, would be the best solution to preserve judicial efficiency.

Based on the foregoing recitals and for good cause shown, the Parties hereby STIPULATE to a request that the Court dismiss the action without prejudice and terminate the Temporary Restraining Order issued by this Court effective immediately.

Respectfully submitted,

*/s/Mark C. Burnside*
Mark C. Burnside, CA Bar #323824
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
Email:  markburnside@dwt.com

Zana Bugaighis, WSBA #43614
  *(Pro Hac Vice Pending)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 622-3150
Email:  zanabugaighis@dwt.com

*Counsel for Defendant Amazon.com, Inc.*


*/s/Daniel Zamudio*
Daniel Zamudio (#26942-45)
233 South Colfax
Griffith, IN 46319
(219) 923-2300 (phone); (219)924-2401 (fax)
dan@zlawpro.com

*Counsel for Plaintiff Terrific Deal, Inc.*

2

## **CERTIFICATE OF SERVICE**

I certify that on September 20, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Daniel Zamudio
Zamudio Law Professionals PC
dan@zlawpro.com

*Counsel for Plaintiff*

*/s/ Mark C. Burnside*