UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TERRIFIC DEAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC., <br><br> Defendant. | Case No. 2:24-CV-315-CCB-SJF |

## ORDER

Pursuant to the Stipulation to Dismiss [DE 13] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, including an immediate termination of the Temporary Restraining Order [DE 9], with each party bearing its own costs.

SO ORDERED.

September 23, 2024

                                                                             /s/*Cristal C. Brisco*
                                                                             CRISTAL C. BRISCO, JUDGE
                                                                             UNITED STATES DISTRICT COURT